IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF VENEQUIP, S.A. § | |
| Applicant, § | |
| § | Civil Action No. 4:21-mc-02391 |
| v. § | |
| § | |
| MUSTANG MACHINERY COMPANY, LLC § | |
| d/b/a MUSTANG CAT § | |
| Respondent. § | |
| § | |

**JOINT STIPULATION REGARDING DEADLINE FOR RESPONSE TO APPLICATION FOR ORDER PURSUANT TO 18 USC §1782(a) PERMITTING VENEQUIP, S.A. TO ISSUE SUBPOENAS FOR THE TAKING OF DEPOSITIONS AND THE PRODUCTION OF DOCUMENTS FROM MUSTANG MACHINERY COMPANY, LLC D/B/A MUSTANG CAT FOR USE IN SWISS PROCEEDING**

Applicant Venequip, S.A. ("Applicant") and Respondent Mustang Machinery Company LLC ("Respondent") hereby stipulate and agree to an extension of time for Respondent to answer, object, or otherwise respond to Application For Order Pursuant To 18 USC §1782(a) Permitting Venequip, S.A. to Issue Subpoenas for the Taking of Depositions and the Production of Documents From Mustang Machinery Company, LLC D/B/A Mustang Cat For Use In Swiss Proceeding (Dkt. 1-2) to **November 24, 2021**. This is the first stipulation to extend this deadline agreed to by the parties. This extension will not prejudice either party or impact the Application. This extension is for good cause and brought in good faith, not for purposes of delay.

Dated: November 19, 2021

Agreed to by:

1

**GREENBURG TAURIG, LLP**

By:  /s/ Roland Garcia
Roland Garcia
State Bar No. 07645250
garciar@gtlaw.com
Anna Robshaw
State Bar No. 24107978
robshawa@gtlaw.com
1000 Louisiana, Suite 1700
Houston,Texas 77002
Phone: 713-373-3500
Fax: 713-374-3505

**Counsel for Applicant**


**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  /s/ Jim Wetwiska
Jim Wetwiska
State Bar No. 00785223
jwetwiska@akingump.com
Holli Pryor-Baze
State Bar No. 24013357
hpryorbaze@akingump.com
1111 Louisiana, 44th Floor
Houston, Texas 77002-5200
Telephone:  713.220.5800
Telecopier:  713.236.0822

**Counsel for Respondent**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on November 19, 2021.


*/s/ Jim Wetwiska*