IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF VENEQUIP, S.A.<br>　　　Applicant,<br><br>v.<br><br>MUSTANG MACHINERY COMPANY, LLC<br>d/b/a MUSTANG CAT<br>　　　Respondent. | §<br>§<br>§　Civil Action No. 4:21-mc-02391<br>§<br>§<br>§<br>§<br>§<br>§ |

**JOINT STIPULATION REGARDING DEADLINE FOR RESPONSE TO OBJECTION TO APPLICATION FOR ORDER PURSUANT TO 18 USC §1782(a) PERMITTING VENEQUIP, S.A. TO ISSUE SUBPOENAS FOR THE TAKING OF DEPOSITIONS AND THE PRODUCTION OF DOCUMENTS FROM MUSTANG MACHINERY COMPANY, LLC D/B/A MUSTANG CAT FOR USE IN SWISS PROCEEDING**

Applicant Venequip, S.A. ("Applicant") and Respondent Mustang Machinery Company LLC ("Respondent") hereby stipulate and agree to an extension of time for Applicant to respond to the Objection to Application For Order Pursuant To 18 USC §1782(a) Permitting Venequip, S.A. to Issue Subpoenas for the Taking of Depositions and the Production of Documents From Mustang Machinery Company, LLC D/B/A Mustang Cat For Use In Swiss Proceeding (Dkt. 6) to **December 17, 2021**.   This is the first stipulation to extend this deadline agreed to by the parties. This extension will not prejudice either party or impact the Application. This extension is for good cause and brought in good faith, not for purposes of delay.

1

Dated: December 9, 2021

Agreed to by:

                        **GREENBURG TAURIG, LLP**

                        By: /s/ Roland Garcia
                        Roland Garcia
                        State Bar No. 07645250
                        garciar@gtlaw.com
                        Anna Robshaw
                        State Bar No. 24107978
                        robshawa@gtlaw.com
                        1000 Louisiana, Suite 1700
                        Houston, Texas 77002
                        Phone: 713-373-3500
                        Fax: 713-374-3505

                        **Counsel for Applicant**


                        **AKIN GUMP STRAUSS HAUER & FELD LLP**

                        By: /s/ Jim Wetwiska
                        Jim Wetwiska
                        State Bar No. 00785223
                        jwetwiska@akingump.com
                        Holli Pryor-Baze
                        State Bar No. 24013357
                        hpryorbaze@akingump.com
                        1111 Louisiana, 44th Floor
                        Houston, Texas 77002-5200
                        Telephone: 713.220.5800
                        Telecopier: 713.236.0822

                        **Counsel for Respondent**


### CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on December 9, 2021.

                                        /s/ Roland Garcia
                                        Roland Garcia